**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 16, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00230-CV

---

### IN RE E. PIERCE MARSHALL, JR., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No 4**
**Harris County, Texas**
**Trial Court Cause No. 365,053-401**

---

## MEMORANDUM OPINION

On Thursday, March 28, 2024, relator E. Pierce Marshall, Jr. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable James Horwitz, presiding judge of the Probate Court No. 4 of Harris County, to vacate its December 11, 2023 "Order Denying Defendant E. Pierce Marshall Jr.'s

Motion for Summary Judgment"; and (2) direct the trial court to grant the motion for summary judgment in relator's favor.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We lift this court's April 30, 2024 stay order.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.